IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSANNA CELLINI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:16-cv-4000 |
| | ) | |
| PRINCIPAL LIFE INSURANCE COMPANY | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

FILED
JAN 1 0 2017
LUCY V. CHEN, [illegible]
B: [illegible]

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Susanna Cellini and Defendant Principal Life Insurance Company hereby stipulate to the voluntary dismissal of this case with prejudice. Each Party will bear their own costs and attorneys' fees in this matter.

Respectfully submitted, this 30th day of December, 2016.

| | |
|---|---|
| */s/ Mary LeMieux-Fillery* | */s/ Edna S. Kersting* |
| Mary LeMieux-Fillery | Edna S. Kersting |
| The Law Office of Eric A. Shore | WILSON, ELSER, MOSKOWITZ, |
| Two Penn Center | EDELMAN & DICKER LLP |
| 1500 JFK Blvd., Suite 1240 | 55 West Monroe Street, Suite 3800 |
| Philadelphia, PA 19102 | Chicago, Illinois 60603 |
| Tel: (267) 546-0130 | Tel: (312) 821-6162 |
| Fax: (215) 923-5951 | Fax (312) 704-1522 |
| mary@ericshore.com | edna.kersting@wilsonelser.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

APPROVED BY THE COURT:

_____
Gerald Austin McHugh     1/10/17
United States District Judge